# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D2025-3803
LT Case No. 2025-103905-CFDL

_____

STACI JO ONEQUE BARNES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Volusia County.
Karen A. Foxman, Judge.

Matthew J. Metz, Public Defender, and William E. Partington, III, Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Roberts J. Bradford, Assistant Attorney General, Daytona Beach, for Appellee.

May 14, 2026

PER CURIAM.

AFFIRMED.

LAMBERT, BOATWRIGHT, and MACIVER, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————